UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| HEIDI ANN PIERCE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:13-cv-206 |
| v. ) | |
| ) | Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, ) | Magistrate Judge Carter |
| ) | |
| *Defendant.* ) | |
| ) | |

## **ORDER**

On August 22, 2014, United States Magistrate Judge William B. Carter filed his Report and Recommendation (Doc. 19) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that (1) Plaintiff's Motion for Judgment on the Pleadings (Doc. 12) be denied; (2) Defendant's Motion for Summary Judgment (Doc. 16) be granted; (3) the Decision of the Commissioner be affirmed; and (4) this action be dismissed.

Plaintiff has filed timely objections to the Magistrate Judge's Report and Recommendation. (Doc. 20). However, these objections merely restate the arguments set forth in Plaintiff's Memorandum in Support of Motion for Judgment on the Pleadings, which were fully addressed in Magistrate Judge Carter's Report and Recommendation. (*Compare* Doc. 13 *with* Doc. 20; *see* Doc. 19). The Court has conducted a review of the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Carter's well-reasoned conclusions.

Accordingly:

- The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b);

- Plaintiff's Motion for Judgment on the Pleadings (Doc. 12) is **DENIED**;

- Defendant's Motion for Summary Judgment (Doc. 16) is **GRANTED**;

- The decision of the Commissioner is **AFFIRMED**;

- This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 11th day of December, 2014.

                                          */s/ Harry S. Mattice, Jr.*
                                          HARRY S. MATTICE, JR.
                                          UNITED STATES DISTRICT JUDGE